CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Stanley McAuley and Deloris Jones  )  Case No.: 19−12200−JDW
        McAuley  )  Chapter: 13
        Debtor(s)  )  Judge: Jason D. Woodard
                                     )
                                     )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 10/29/19 at 01:30 PM

to consider and act upon the following:

*28* – Objection to Confirmation of Chapter 13 Plan (First Amended Plan Dkt. #22) Filed by Locke D. Barkley on behalf of Locke D. Barkley (Barkley, Locke)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 8/30/19

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                              BY: AOH
                                   Deputy Clerk